UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 16-07316 DMG (KSx)** | Date | November 14, 2017 |
| Title | *Sara Ebrahimi v. Mentor Worldwide LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| INGRID VALDES | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE DEFENDANT'S MOTION TO DISMISS [25]**

On October 27, 2017, Defendant Mentor Worldwide LLC ("Mentor") filed a motion to dismiss ("MTD") Plaintiff Sara Ebrahimi's First Amended Complaint. [Doc. # 25.] The matter is currently set for hearing on December 1, 2017. *Id.* Ebrahimi's opposition was due no later than November 10, 2017. *See* C.D. Cal. L.R. 7-9 (opposition papers due at least 21 days before the date of the motion hearing). No opposition has been filed, and the time to do so has now passed.[1]

The MTD is therefore **GRANTED with leave to amend** for failure to oppose. *See Oakley, Inc. v. Nike, Inc.*, 988 F. Supp. 2d 1130, 1139 (C.D. Cal. 2013) (citing L.R. 7-12) ("[T]he Local Rules permit the Court [to] deem failure to oppose as consent to the granting of the motion."). The December 1, 2017 hearing is **VACATED**. If Plaintiff seeks to maintain an action, she shall file a Second Amended Complaint, or alert Mentor and the Court of her intention not to do so, within 15 days from the date of this Order. **Failure to timely file an amended complaint or to timely oppose a motion to dismiss will result in the dismissal of the action in its entirety for failure to prosecute**. Mentor shall file its response within 15 days after the filing and service of a Second Amended Complaint.

**IT IS SO ORDERED.**

---

[1] Even if November 10, 2017 constitutes a "legal holiday" for the purpose of Federal Rule of Civil Procedure 6, that fact would be of no assistance to Plaintiff. When a deadline is determined by counting back from the date of a particular event (*e.g.*, the date set for a hearing) and that calculation produces a date that is a legal holiday, then the deadline is the day *before* the legal holiday. *See* Fed. R. Civ. P. 6(a)(1), (5) (providing this method of calculation). Thus, assuming November 10, 2017 was a legal holiday, then Plaintiff's opposition was due on November 9, 2017.