**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA EBRAHIMI, | Case No.: CV 16-7316-DMG (KSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MENTOR WORLDWIDE LLC, | |
| Defendant. | |

| | |
|---|---|
| 1 | On December 27, 2018, the Court granted Defendant Mentor Worldwide LLC's |
| 2 | ("Defendant's") Motion to Dismiss Plaintiff Sara Ebrahimi's ("Plaintiff's") Third |
| 3 | Amended Complaint, with prejudice. Accordingly, IT IS ORDERED, ADJUDGED, |
| 4 | AND DECREED that Judgment is entered against Plaintiff Sara Ebrahimi and in favor of |
| 5 | Defendant Mentor Worldwide LLC. |

DATED: December 27, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE